IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DORIS E. STRADTMAN ) | |
| ) | |
| ) | |
| ) | |
| v. ) | Case No.CV206-51 |
| ) | |
| ) | |
| HONEYWELL INTERNATIONAL,INC. ) | |
| *formerly known as* ALLIEDSIGNAL, INC., and ) | |
| formerly known as ALLIED CHEMICAL ) | |
| CORPORATION ) | |
| ) | |

**ORDER**

Upon consideration of the following motions with the appropriate pleading numbers listed, said motions are dismissed as moot in view of a settlement between the parties.

Motion for Judgment on the Pleading , #6

SO ORDERED, this 8th day of February, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA