## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

PHILLIP H. FLOURNOY and )
KATHY FLOURNOY, )
Individually and on Behalf of a Class of )
All Other Persons Similarly Situated, )
)
Plaintiffs, )
)
v. )
)
HONEYWELL INTERNATIONAL, )
INC., formerly known as ALLIED )
CHEMICAL CORPORATION and as )
ALLIEDSIGNAL, INC., )
)
Defendant. )

## CIVIL ACTION FILE NO. CV205-184 and

| | | | |
|---|---|---|---|
| CV205-172 | CV206-051 | CV206-136 | CV206-217 |
| CV205-178 | CV206-052 | CV206-137 | CV206-218 |
| CV205-179 | CV206-053 | CV206-138 | CV206-219 |
| CV205-180 | CV206-054 | CV206-139 | CV206-220 |
| CV205-181 | CV206-055 | CV206-140 | CV206-221 |
| CV205-182 | CV206-056 | CV206-141 | CV206-222 |
| CV205-183 | CV206-057 | CV206-142 | CV206-223 |
| CV205-184 | CV206-058 | CV206-143 | CV206-224 |
| CV205-186 | CV206-083 | CV206-144 | CV206-230 |
| CV205-187 | CV206-084 | CV206-145 | CV206-231 |
| CV205-188 | CV206-085 | CV206-146 | CV206-232 |
| CV205-189 | CV206-086 | CV206-147 | CV206-233 |
| CV205-190 | CV206-087 | CV206-148 | CV206-234 |
| CV205-191 | CV206-088 | CV206-149 | CV206-235 |
| CV205-192 | CV206-089 | CV206-208 | CV206-236 |
| CV205-193 | CV206-090 | CV206-209 | CV206-237 |
| CV205-221 | CV206-129 | CV206-210 | CV206-238 |
| CV206-029 | CV206-130 | CV206-211 | CV206-239 |
| CV206-030 | CV206-131 | CV206-212 | CV206-240 |
| CV206-031 | CV206-132 | CV206-213 | CV206-241 |
| CV206-032 | CV206-133 | CV206-214 | CV206-242 |
| CV206-033 | CV206-134 | CV206-215 | CV206-243 |
| CV206-034 | CV206-135 | CV206-216 | CV206-244 |

| | | | |
|---|---|---|---|
| CV206-245 | CV206-250 | CV206-255 | CV206-268 |
| CV206-246 | CV206-251 | CV206-256 | CV206-269 |
| CV206-247 | CV206-252 | CV206-257 | CV206-270 |
| CV206-248 | CV206-253 | CV206-258 | CV206-271 |
| CV206-249 | CV206-254 | CV206-259 | CV206-272 |
| | | | CV206-273 |

## DISMISSAL WITH PREJUDICE

The claims of the parties in the above cases, including those parties listed in Exhibit A who have now been made parties-plaintiffs to Civil Action No. CV205-184, have been settled with all parties bound by the settlement agreement as approved by this Court by its Order Granting Final Approval of Class Settlement dated April 6, 2007. The terms of the Settlement Agreement entered into by the parties on November 16, 2006 and approved by the Court on April 6, 2007 are hereby incorporated in their entirety. In accordance with the Settlement Agreement, each of these actions is **HEREBY DISMISSED WITH PREJUDICE**.

SO ORDERED, this the _10_ day of May, 2007.

_____
Anthony A. Alaimo
United States District Judge
United States District Court
Southern District of Georgia

CONSENTED TO BY:

*[signature]*                                 *[signature]*

| | |
|---|---|
| John C. Bell, Jr.<br>Georgia State Bar No. 048600<br>BELL & BRIGHAM<br>Post Office Box 1547<br>Augusta, Georgia 30903-1547<br>(706) 722-2014 | Wallace E. Harrell<br>Georgia Bar No. 328800<br>GILBERT, HARRELL, SUMERFORD<br>  & MARTIN, P.C.<br>Post Office Box 190<br>Brunswick, Georgia 31521 |
| Robert P. Killian<br>Georgia State Bar No. 417575<br>KILLIAN & BOYD, P.C.<br>506 Monk Street<br>Brunswick, Georgia 31520 | J Kevin Buster<br>Georgia Bar No. 099267<br>KING & SPALDING LLP<br>1180 Peachtree Street<br>Atlanta, Georgia 30309 |
| Joel O. Wooten<br>Georgia State Bar No. 776350<br>BUTLER, WOOTEN & FRYHOFER, LLP<br>Post Office Box 2766<br>Columbus, Georgia 31902 | James A. Bishop<br>Georgia Bar No. 058600<br>THE BISHOP LAW FIRM<br>777 Gloucester Street, Suite 401<br>Brunswick, Georgia 31520 |
| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANT |

# EXHIBIT A

Rich Products Corporation
Lonnie Dubose & Linda Dubose
Warren Reyna & Reba Reyna
Pamela Hope Long
William H. Cross
Leigh Ann Lane
Jeanne Stewart
Susan A. Cross
Glenn E. York, Jr.
Stephanie J. Walker
Andrew C. Minchew & Jennifer C. Minchew
James L. Stephens & Tamara T. Stephens
Estate of William Bonamie
Shirley B. Bonamie
Pamela Jackson & Randall Jackson
Franklin Stevens & Phyllis Stevens
Estate of Wallace E. Stuckey
Doris Stuckey
Quendolyn N. Noe
Estate of Lawrence Higginbotham
Martha Higginbotham
Susan L. Evors & Willie Evors
Mark Wilbanks
Stephen W. Thompson & Denise J. Thompson
Alice S. Thomas
James Thomas
Gerald Zell
Golden Isle Petroleum, Inc.
Intracoastal Energy
Robert Puccini
Steve Bowen
Estate of Anis Agad
Noor Donna Simpson
Angelica Agad, by Noor Donna Simpson, next friend and natural guardian
Chase Agad, by Noor Donna Simpson, next friend and natural guardian
Farmers & Merchants Bank
Coastal Investments, LLC
Stephen K. Hart & Mary S. Hart
Daniel C. Chapman, III
Estate of M.A. Knight
Annette Lovett & Raymond Lovett
Johnny Ligon & Joan D. Ligon
Angelyn Thomas & Darrell Thomas
George L. Howell & Barbara S. Howell
Edward Lee Hamilton
Ranold A. Miller & Linda J. Miller
Gasper P. DeFino & Margaret DeFino

The Bud Brownett Company
Kimberly M. Harper & Paul Harper
Wilma Carver
Estate of Won Hoon Lee
Kyung S. Lee
Taco Bell Corp.
Border Bells Incorporated (formerly Carolina Coastal Foods, Inc.)
Freida C. Ward Reece
Estate of Sidney Dent
Louise P. Dent
Sidney A. Dent
Rubye Annette Townsend
Joseph L. Moody & Mary J. Moody
Norwich Properties, Inc.
James Gerock & Deborah Gerock
Estate of Bettie H. Stephens
Ernest Stephens
Charley O'Quinn, Jr.
Consolidated Motors & Investments, Inc.
United Community Bank
Dorsey-Mitchell, LLC
Yellow Bluff Investments, LLC
Estate of Otto Johnson, Sr.
Otto Johnson, III & Elizabeth Johnson
Gary Mitchell & Margaret Mitchell
Fred W. Spaulding
John Ellis Sisk, Jr.
Estate of Herbert Tyre
Juanita Mae Tyre
Royce H. Proctor, Sr. & Iona J. Proctor
Jeff Fry & Patti E. Fry
Joseph R. Floyd
James E. Brockington & Jill M. Brockington
Mary Edna Grassi
Quinton L. Slaughter & Mary F. Slaughter
Estate of Ernest Robarts
Estate of Mattie Robarts
Floyd E. Gressel, Jr.
Estate of Bennie Gentile
Don B. Gentile
Diana M. Gentile
James P. Wainright & Sue Wainright
Doris Crosslen
Earl V. Brazell
George Zeigler & Betty B. Zeigler
Ronald D. Carver
Walter O'Brien & Agnes O'Brien
Richard Daniels & Mary Daniels
Jeffrey G. Morgan & Tammy Jean Morgan

Michael A. Nelson & Mary Ellen Nelson
Robert E. Black
Geneva Black
Anthony J. Blasko, Jr. & Frederika Blasko
Jack W. Bennett
Kyung Ai Mock-Park
Estate of Herman Lange
Mary W. Lange
John M. Thomas & Veronica Thomas
Joseph G. Wright & Carla T. Wright
Truett D. Auten & Sherry Auten
Kenneth Varnedoe
Catherine Varnedoe
Estate of H.D. Tatum
Edna Adele Tatum
Lacy C. Screws
Estate of Joel Hutcheson
Ozelle Hutcheson
John Long
Estate of Lillian Holmes
Daniel Foster Holmes
Estate of Clyde Black
Estate of Blanche Black
Nancy L. Houston & Gerald Houston
Warnie Hutcheson & Hazel Hutcheson
Louise Blue
Donna Lisa Tatum McDonald
Estate of James L. Gandy
Courtney Gandy
James D. Anderson
Estate of Lottie Sellers
Aubrey Sellers
Floyd H. Faust & Margaret Faust
Gerald T. Lee & Sarah Elizabeth Lee
Estate of Helen Weil
Alan Weil
Henry Neal & Hazel Neal
Estate of Alkie C. Kaufman
Estate of J.C. McCarthy, Jr.
Mollie A. McCarthy
Estate of Gladys N. Woods
Allen W. Woods
Mary Lou Moore
Robert H. Woods, Jr.
Elizabeth Ada Mitchell
Sharon Page Bragg
Estate of Caroline R. Cooper
Patricia Newman
Mark A. Newman & Marihelen Newman

James Johns & Phyllis Johns
Lloyd Edenfield
Thomas Kaiser & Valerie Kaiser
Edna Lee Thomas
C.D. Burgess, Jr. & Merlene Burgess
Glynn Spaulding
Wallas Spaulding, Jr.
Estate of Paige Spaulding
Violet Sumler Ryals
Estate of Sara Dowling Hill
William S. Smith & Paula A. Smith
Terry W. Altimus
Lori L. Altimus
David Barber & Faye Barber
Violet Sumler Ryals
George Skarpalezos
Daniel R. Coty
Christopher G. May & Christy M. May
Terry K. Driggers
Patricia Hardman
Irma D. Driggers
Irma D. Driggers Qualified Personal Residence Trust FBO, Janet D. Counts
Irma D. Driggers Qualified Personal Residence Trust FBO Terry K. Driggers
Harry I Driggers Trust (formerly Palmetto Point)
Warren Dana Mason Sr. Trust (formerly Palmetto Point)
Wanda Miller & Buddy Miller
Martin Wasdin & Amy Wasdin
J. Michael Boatright & Harriett W. Boatright
Jeff Chapman & Angela Chapman
Driggers Construction Co., Inc.
Estate of Willard Thompson
Jonell D. Thompson
Estate of Maxie Rowe Jackson
Richard D. Jackson
Theodore Moore & Doris Moore
Wayne Knox & Gail Knox
Rosemary Strickland
Norman Rogers & Nancy Rogers
Robert Callahan & Betty Callahan
T. Geoffrey May & Jackie May
J.B. Barnard & Sheila Barnard
Estate of Mikel Varnedoe
Desiree L. Varnedoe
Jonathan M. Varnedoe
Alexandria M. Varnedoe, by Desiree L. Varnedoe as next friend and natural guardian
Lawton O. Purser
Estate of James Collins
Norma Jane Collins
Larry Drury & Wanda Drury

Larry G. Tucker & Linda Tucker
Frank Hathaway
Jeff Goss
Lois Boutaugh-Moseley
W. Duane Cochran & Ann H. Cochran
Leo Owens & Grace P. Owens
Agnes Jones
Rosemary Ammons
Shirley Tyre Madray
Jackie T. Rogers
George W. Madray
Jeanette Madray
Doris Stradtman
Altamaha Construction Co., Inc.
Ashford Pearce & Minnie M. Pearce
Debra M. Youngner & Larry Youngner
Estate of Wallace Ellis, Sr.
Edith H. Ellis
Wallace Ellis, Jr.
Lettie Ann Cook
Harold W. Jones & Thelma Jones
Dorothy J. Page
Russell Gary Higdon
Donald Capps & Brenda Capps
Michael Faulkner & Kelly Faulkner
Gregory Gordon & Carolyn Gordon
Estate of Carl Claude Withrow
Juanell Lee Withrow
Estate of O.E. Burch
Curtis Burch, Jr.
Hollis L. Burch, Jr.
Linda J. Greever
Richard Burch
Michael E. Burch, Sr.
Frederick Burch
Thomas Fisher & Margaret Fisher
Mabel M. Carter
Estate of William McDonald
Elaine B. McDonald
P.E. Drawdy, Jr.
Margaret Frances Drawdy Snow
Mark A. Miller
Janet Miller
Don Sholan & Elizabeth Sholan
Lawrence E. Brumit, III & Leila P. Brumit
Donnie E. Tindall & Gail Dizik Tindall
Juanell Lee Withrow
James Wade Withrow & Michelle Withrow
Sherry May

Thomas M. Purvis
J. Wayne Stewart & Judy Stewart
Gordon Howell & Connie Howell
Estate of Marjorie Eggleston
Estate of Merle Robert Eggleston
Marvin Robert Eggleston
Gale E. McDaniel
William Eggleston
Laura Grantham
Robert Burnett
Kelly S. Burnett
Milton H. Hall & Faith M. Hall
Gerry Screven
David Carter Family Limited Partnership
Frank Czerepinski & Hazel Czerepinski
Hoke S. Wilder, III
Pete Poole
Brian Shaw
Lewis & Raulerson, Inc.
Bill F. Raulerson
Harmon Raulerson & Tammy Raulerson
Estate of Gene Wright
Sandra A. Wright
Christopher Porreca & Tracie W. Porreca
Robert White & Betty Ann White
Estate of Margaret Young
Freeman C. Young
Mike Rhodes & Joelyn Rhodes
Roy M. McDowell & Gladys M. McDowell
Estate of Doris R. Stone
Timothy Simmons
Julian Coty & Betty C. Coty
Chrissey McDowell
Estate of W.A. Seymour
Carolyn Seymour
Estate of Sadie Readdick
William Boles & Sandra Ann Boles
Adam Hampton & Alana Hampton
Garnett M. Bishop & Helen Bishop
David F. Hamilton & Vickie Hamilton
Estate of A.H. Whitehead
Estate of Dovie Whitehead
Estate of Marjorie R. Ammons Iverson
William Ammons, Jr.
Deborah Lloyd
William Strickland & Patricia Strickland
Alan B. Smith
Virginia Ricks
Cory Ricks

Richard G. McKinna
Estate of Robert D. Harper
Estate of Hilda Harper
Lois Harper Watkins Fontenot
J.A. Chambers
Estate of Walter Dunwoody
Joseph Barone & Dorothy Barone
Eva Readdick
Estate of Carol V. Lipthratt
Charles V. Lipthratt
Estate of Mary L. Wilchar
Landon Wilchar
Ruby Copeland Dukes
Estate of Ralph V. Jackson
Betty W. Jackson
Estate of Thelma W. Willis
Estate of Steven S. Savel
Mary A. Sawielewska
Estate of Florence Sklimowski
James B. Page & Tamara W. Page
Danny Kell Dixon
Fred T. Files & Connie Files
Roy Scarborough & Joan P. Scarborough
Ruffas A. Johnson
Darlene R. Wiggins & Perry J. Wiggins
Mary J. Flournoy
Jeri Ricks Sweeney
Estate of Todd Ricks
Dorothy Ricks
Gregory C. Ricks
Colan B. Strickland
Joyce Tennis
Colel Strickland
Estate of Q.L. Strickland
Virginia H. Strickland
Estate of Marjorie F. Paulk
Annie Harper Mavromat
Estate of Harold F. Harper
Marianna Tyre Harper
John F. Dejournett & Doris Dejournett
Estate of Annie Jones
Estate of George Jones
Robert V. Jones
Estate of Leroy B. Herring, Sr.
Harry L. Herring & Maryann Herring
Alma Louise Morris
Elsie Mobley
Leroy Herring, Jr.
Estate of Pondelee Leotis

John S. Leotis
Arthur P. Leotis
George Leotis
Lucy Lynn Leotis Shehee
Susan Angela Leotis Owens
Robert C. Highsmith & Dorothy Highsmith
Estate of Dennis Wood
Estate of Betty Lou Wood
Andrew Tostensen, III
Robert Harper & Rachel Harper
Estate of Alta Callahan
Estate of Carole Ammons
Larry Ammons
Dianne C. Minchew
Haven Paxton & Mary E. Paxton
Gloria T. Moss & Mark A. Moss
Dena G. Sawyer & Randy Sawyer
Estate of Dorothy A. Combs
Rome Clay Pickren
Terry D. Williams
Glenval John Custer & Anita Alta Custer
Argus Enterprises LTD
St. Simons Lighthouse Realty, Inc.
Roger McCants
David Rideout
Devin B. Strickland
Ellen Pennell
Sylvia Rowell
Diane H. Dinkins
Estate of Charles F. Kinstle
Estate of Charles Philip Kinstle
Katherine Kinstle
Carlene Kinstle Woods
Aldon E. Beale & Rebecca S. Beale
Roy C. Smith & Eloise S. Smith
Thomas Gary Miller, Sr. & Mae Miller
Thomas Gary Miller, Jr. & Cathy Miller
Paula Jan Sears
Alfonso Smith
Jerry T. Stephens
J & P Property Investments, LLC
Phillip Pittman
Juanita Parrish
Estate of Mattie Knight
Barbara McDonald
Stephen W. Tilton & Roberta Tilton
John Mallette & Joann Mallette
Estate of John C. Thomas
Marie L. Thomas

Charles Egeland & Elizabeth Egeland
E.P. Edgy
Michael Edgy
Charles Edgy
Ann E. Diestel
Charles R. Aldridge & Cynthia D. Aldridge
David Thomas & Laura Thomas
Mary Chapman-Himenez
Don Anthony Rayburn
Estate of Richard L. Rider
Estate of Ada W. Rider
Carol A. Caldwell
Christopher Thomas & Pamela Thomas
Elford Dean Breland, Sr. & Wylie B. Breland
Ethel James
Keith Nelson & Melissa Nelson
Patrick J. Beals & Carole Beals
Brooks Dyal & Mary Dyal
Robert L. Broomell, II & Christine Broomell
Estate of Jarvis Mason
Mary Mason
Patricia Woodcock
Thomas Woodcock
Shirley J. Dunn & William Dunn
Denver L. Waters & Joyce Waters
Joseph Acosta & Stephanie Acosta
Jeffrey Waters & Phyllis Waters
Kevin Waters & Lucy Waters
Oak Marsh LP
303 South LLC
Judy Owens & Frank Owens
Estate of Louise Tisdale
Michael W. Stroud
Estate of Jackson B. Stroud
Katharine W. Sanders & Preston F. Sanders
Donald Bartlett
Estate of Lester Watson
Estate of Evelyn Watson
Lester Noel Watson, III
Christine Watson Jones
Lyn Watson Hopper
Carl M. Rooks
Estate of R.J. Glass
Lynn Glass
Kathryn Friedman
Ralph M. Avra
Golden Isles Investments, Inc.
Highmark Construction Inc.
Diane W. Spottswood

Estate of Evelyn E. Tyre
Robin Strickland
Nancy T. Floyd
H. Phil Lazarus
Roy L. McRorie
Daniel Highsmith